# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

156370

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SAAD AKRAM BAHODA,
   Plaintiff-Appellant,

v

STEVEN M. KAPLAN,
   Defendant-Appellee.

SC: 156370
COA: 332313
Macomb CC: 2015-001714-CZ

_____/

   On order of the Court, the application for leave to appeal the July 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk

p0314